| | |
|---|---|
| 1 | EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP |
| | Raymond M. Paetzold (State Bar #77678) |
| 2 | 49 Stevenson Street, Suite 400 |
| | San Francisco, CA  94105 |
| 3 | Telephone:     (415) 227-9455 |
| | Facsimile:      (415) 227-4255 |
| 4 | E-Mail:          rpaetzold@edptlaw.com |
| 5 | Attorneys for Defendant |
| | MATSON NAVIGATION COMPANY, INC. |
| 6 | |
| 7 | LAW OFFICES OF LYLE C. CAVIN, JR. |
| | ALFRED G. JOHNSON (State Bar #38790) |
| 8 | 201 Fourth Street, Suite 102 |
| | Oakland, CA  94607 |
| 9 | Telephone:     (510) 444-2501 |
| | Facsimile:      (510) 444-4209 |
| 10 | E-Mail:          ajohnson@sealawyer.com |
| 11 | Attorneys for Plaintiff ROGER BRUCKS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROGER BRUCKS, | No.:    C 05 02098 MMC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO APPEAR VIA TELEPHONE AT THE MARCH 31 FURTHER STATUS CONFERENCE; ADVANCING TIME OF STATUS CONFERENCE TO 10:00 A.M.** |
| MATSON NAVIGATION COMPANY, and DOES ONE through TEN, Inclusive. | |
| Defendants. | |

THE PARTIES HEREBY STIPULATE to appear via telephone conference at the March 31, 2006 Case Management Conference at 10:30 a.m., before The Honorable Maxine M. Chesney.  This request and stipulation is made due to the fact that defendant's attorney,

STIPULATION AND [PROPOSED] ORDER TO APPEAR BY TELEPHONE
Case No. C05-02098

1  Raymond M. Paetzold, will not be able to appear personally at the courthouse on that day as he
2  will be in Seattle, WA.

4  DATED:                         LAW OFFICES OF LYLE C. CAVIN, JR.

5                                 By:           /S/
6                                       Alfred G. Johnson
                                        Attorneys for Plaintiff ROGER BRUCKS

8  DATED:                         EMARD DANOFF PORT TAMULSKI & PAETZOLD, LLP

10                                By:           /S/
                                        Raymond M. Paetzold
11                                      Attorneys for Defendant
                                        MATSON NAVIGATION COMPANY, INC.

## ORDER

Counsel for Plaintiff and Counsel for Defendant are hereby granted permission to appear by telephone at the Further Status Conference set for March 31, 2006.

The Further Status Conference is hereby advanced from March 31, 2006 at 10:30 a.m. to March 31, 2006 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  March 27, 2006                    _____
                                          The Hon. Maxine M. Chesney
                                          United States District Court Judge

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street Suite 400
San Francisco, CA  94105

- 2 -
STIPULATION AND [PROPOSED] ORDER TO APPEAR BY TELEPHONE
Case No. C05-02098