| | |
|---|---|
| 1 | Alfred G. Johnson, Esq. (SBN 38790) |
| 2 | LAW OFFICES OF LYLE C. CAVIN, JR.<br>201 Fourth Street, Suite 102<br>Oakland, CA  94607 |
| 3 | Telephone:     (510) 444-2501<br>Facsimile:      (415) 444-4209 |
| 4 | |
| 5 | Attorneys for Plaintiff<br>ROGER BRUCKS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| ROGER BRUCKS, | No.:   C 05 02098 MMC |
|---|---|
| Plaintiff, | |
| | **CONDITIONAL ORDER OF DISMISSAL** |
| vs. | |
| MATSON NAVIGATION COMPANY, and DOES ONE through TEN, Inclusive. | |
| Defendants. | |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that this cause may be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court with proof of service of a copy thereof on opposing counsel, within 90 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

IT IS SO ORDERED.

Dated: May 22, 2006

_____
United States District Judge

Brucks v. Matson – Case No. C05 02098 MMC
CONDITIONAL ORDER OF DISMISSAL